# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | BEFORE: DULCE J. FOSTER |
| v. | U.S. Magistrate Judge |
| Michael Steven Spar, | |
| Defendant. | |

| | |
|---|---|
| Case No: | 23-mj-569 DJF |
| Date: | July 25, 2023 |
| Courthouse: | Minneapolis |
| Courtroom: | 8E |
| Time Commenced: | 10:35 a.m. |
| Time Concluded: | 11:27 a.m. |
| Time in Court: | 62 minutes |

**X PRELIMINARY/DETENTION HRG**
Time in Court Prelim/Det: 30 minutes/32 minutes

APPEARANCES:

Plaintiff: Matthew Forbes, Assistant U.S. Attorney
Defendant: Daniel Gerdts
   X CJA

On      X Complaint

X Deft Ordered Detained - Govt to submit proposed order

X Probable cause found. Deft bound over to District Court of Minnesota

Additional Information:

Christian Freichels testified.

                                            s/jam
                                    Signature of Courtroom Deputy