UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INDICTMENT** |
| | ) | |
| Plaintiff, | ) | 21 U.S.C. § 841(a)(1) |
| | ) | 21 U.S.C. § 841(b)(1)(A) |
| v. | ) | 21 U.S.C. § 846 |
| | ) | 21 U.S.C. § 853 |
| MICHAEL STEVEN SPAR, | ) | |
| | ) | |
| Defendant. | ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

## COUNT 1
(Conspiracy To Distribute a Controlled Substance)

From in or about April 2021, and continuing through on or about August 3, 2021, in the State and District of Minnesota and elsewhere, the defendant,

**MICHAEL STEVEN SPAR,**

did knowingly and intentionally conspire with others known and unknown to the grand jury to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and 846.

## COUNT 2
(Possession with Intent To Distribute a Controlled Substance)

On or about July 14, 2021, in the State and District of Minnesota, the



<u>U.S. v. Michael Steven Spar</u>

defendant,

## MICHAEL STEVEN SPAR,

did knowingly and intentionally possess with intent to distribute 50 grams or more of actual methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT 3
(Possession with Intent To Distribute a Controlled Substance)

On or about August 3, 2021, in the State and District of Minnesota, the defendant,

## MICHAEL STEVEN SPAR,

did knowingly and intentionally possess with intent to distribute 50 grams or more of actual methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## FORFEITURE ALLEGATIONS

Upon conviction of any Count within this Indictment, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a)(1) and (2), any and all property constituting, or derived from, any proceeds the defendant obtained directly or indirectly as a result of said violations, and any and all property used, or intended to be used, in any manner or part to commit or to facilitate the commission of said violations.  If

<u>U.S. v. Michael Steven Spar</u>

any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p).

A TRUE BILL

_____          _____
UNITED STATES ATTORNEY                  FOREPERSON